UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL ALEXANDER MARROQUIN LARIN,<br>Petitioner,<br>v.<br>WARDEN, *et al*.,<br>Respondents. | Case No. 5:26-cv-4132-CV (ASx)<br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED.**

**IT IS SO ORDERED**.

Dated: November 5, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE