JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MISAEL ALEXANDER MARROQUIN LARIN,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 5:26-cv-4132-CV (AS)

**CORRECTED JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED.**

**IT IS SO ORDERED**.

Dated: November 5, 2026

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE